8 So.2d 225

**James J. O'ROURKE and Richard M. Miller v. STATE.**

7 Div. 680.

Court of Appeals of Alabama.
March 24, 1942.

Luther Hearn and Rutherford Lapsey, both of Anniston, for appellants.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

1 So.2d 926

**Charlie OWENS v. STATE.**

7 Div. 578.

Court of Appeals of Alabama.
March 18, 1941.

E. W. Harmon, of Anniston, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed on motion of appellant.

11 So.2d 172

**James OWENS v. STATE.**

4 Div. 732.

Court of Appeals of Alabama.
Nov. 10, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

8 So.2d 905

**James PARKER v. STATE.**

6 Div. 880.

Court of Appeals of Alabama.
May 19, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

8 So.2d 905

**Riley PARKER v. STATE.**

3 Div. 846.

Court of Appeals of Alabama.
June 9, 1942.

H. C. Rankin, of Brewton, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

8 So.2d 905

**Earl PARKUS v. STATE.**

8 Div. 60.

Court of Appeals of Alabama.
May 19, 1942.

Rehearing Stricken June 9, 1942.

Scruggs & Creel, of Guntersville, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.